UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-173** |
| **HARRY LEE, ET AL.** | **SECTION D (1)** |

### ORDER AND REASONS

The Court, having considered *de novo* the Petition for Writ of Habeas Corpus,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Magistrate Judge's Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Larry Davis's *pro se* pleadings liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 28 U.S.C. § 2254[5] claims alleged in the Complaint[6] are **DISMISSED** for the reasons stated in the Report and Recommendation and Plaintiff's claims against Harry Lee and Joseph Lopinto are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, May 31, 2022.

**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 6.
[2] R. Doc. 14.
[3] Objections were due May 9, 2022. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019). The Court notes that Plaintiff has filed two § 1983 complaints and an additional habeas petition within the past six months. *See* 21-cv-2270, 22-cv-172, and 22-cv-754.
[5] Although filed as a 28 U.S.C. § 2254 claim, the Court notes that Davis's application must be construed as one seeking relief pursuant to 28 U.S.C. § 2241 because he is still a pretrial detainee awaiting trial. The Report and Recommendation noted this distinction. *See* R. Doc. 14.
[6] R. Doc. 6.